FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
EXMAR SHIPPING N.V.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Fax: (212) 425-1900
James L. Ross (JR 6411)
Manuel A. Molina (MM 1017)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x    06 CIV _____ ( )

EXMAR SHIPPING N.V.,

       Plaintiff,                              **RULE 7.1 CORPORATE**
                                                 **DISCLOSURE STATEMENT**
   -against-

POLAR SHIPPING S.A. and
POLAR SHIPPING CO., LTD.,

       Defendants.
------------------------------------------------------------x

    Exmar shipping n.v., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
       November 7, 2006
                       FREEHILL HOGAN & MAHAR, LLP
                       Attorneys for Plaintiff
                       EXMAR SHIPPING N.V.

                       By: _____
                          James L. Ross (JR 6411)
                          Manuel A. Molina (MM1017)
                          80 Pine Street
                          New York, NY 10005
                          Telephone: (212) 425-1900
                          Facsimile: (212) 425-1901

NYDOCS1/271809.1