FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
EXMAR SHIPPING N.V.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Fax: (212) 425-1900
James L. Ross (JR 6411)
Manuel A. Molina (MM 1017)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
EXMAR SHIPPING N.V.,

        Plaintiff,

   -against-

POLAR SHIPPING S.A. and
POLAR SHIPPING CO., LTD.,

        Defendants.
----------------------------------------------------------x

06 CIV _____ ( )

**MOLINA AFFIDAVIT
PURSUANT TO RULE B(1)**

State of New York  )
                         ) ss.:
County of New York )

     MANUEL A. MOLINA, being duly sworn, deposes and says as follows:

     1.    I am an associate with the law firm of Freehill Hogan & Mahar, LLP, attorneys for Plaintiff herein.

     2.    This Affidavit is submitted pursuant to Supplemental Rule B of the Federal Rules of Civil Procedure.

     3.    Deponent has made an investigation and deponent believes that based upon the results of this investigation, the Defendants are corporations or other business entities which cannot be "found" within this District for the purpose of an attachment

under Rule B. In support of this position, deponent has conducted the following investigation:

(a) Deponent contacted the office of the New York Department of State, Division of Corporations on November 7, 2006, via the official Department of State website at http://www.dos.state.ny.us and conducted a search for corporations named "POLAR SHIPPING S.A." and "POLAR SHIPPING CO., LTD." the search result indicated that said companies are not New York corporations, nor are they licensed, authorized or registered to do business in the State of New York as either domestic or international corporations;

(b) Deponent consulted with Directory Assistance for New York on November 7, 2006 for area codes (212), (718), (917), (646), (914), and (845) and no listings for "POLAR SHIPPING S.A." and "POLAR SHIPPING CO., LTD." were located;

(c) Deponent reviewed the Journal of Commerce (Business Directory) Transportation Telephone Tickler, 2006 Edition (Vol. 1 New York Metropolitan Area) on November 7, 2006, and no listing was found for "POLAR SHIPPING S.A." and "POLAR SHIPPING CO., LTD.";

(d) Deponent accessed on November 7, 2006, through Microsoft Internet Explorer and Yahoo! Search engines the yellow pages telephone directory database and found no listings in that database for any office or agent of "POLAR SHIPPING S.A." and "POLAR SHIPPING CO., LTD." in the State of New York;

(e)   Deponent is unaware of any general or managing agent(s) within this District for "POLAR SHIPPING S.A." and "POLAR SHIPPING CO., LTD."

4.   Based upon the foregoing, your deponent submits that Defendants "POLAR SHIPPING S.A." and "POLAR SHIPPING CO., LTD." cannot be "found" within this District for the purpose of an attachment pursuant to Rule B and seeks an order of attachment against the tangible and intangible property of "POLAR SHIPPING S.A." and "POLAR SHIPPING CO., LTD." as may be found within this District up to and including the amount of the claim as specified in the Verified Complaint.

*Manuel A. Molina*
MANUEL A. MOLINA (MM 1017)

Sworn to before me this
7 day of November 2006

*Hazel A. Rosenthal*
Notary Public

HAZEL S. ROSENTHAL
Notary Public, State of New York
No. 01RO4641178
Qualified in Queens County
Certified in New York County
Commission Expires Dec. 31, 2008

NYDOCS1/271775.1                                3