UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------x

EXMAR SHIPPING N.V.,

          Plaintiff,

       -against-

POLAR SHIPPING S.A. and
POLAR SHIPPING CO., LTD.,

        Defendants.

----------------------------------------------------x

**06 CIV** $\underline{1299l}$ **( $H^{3}$ )**

**ORDER APPOINTING SPECIAL
PROCESS SERVER PURSUANT
TO F.R.C.P. RULE 4(c)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/06

An application having been made by counsel for Plaintiff for an Order Appointing

a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the affidavit of Manuel A. Molina, sworn to on

November 7, 2006, and good cause having been shown, it is hereby

**O R D E R E D** that Michael E. Unger, Lawrence J. Kahn, Manuel A. Molina,

Robert Ridenour, Joan Sorrentino, or any other partner, associate, paralegal or agent of

Freehill Hogan & Mahar, LLP be and is hereby appointed, in addition to the United

States Marshal, to serve the Process of Attachment and Garnishment and the Verified

Complaint, together with any interrogatories, upon the garnishee(s), together with any

other garnishee(s) who (based upon information developed subsequent hereto by the

Plaintiff) may hold assets of, for, or on account of, Defendant.

Dated: New York, New York
     November 7 , 2006

                            _____
                                 U.S.D.J.