USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/07

BLANK ROME LLP
Attorneys for Defendants
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXMAR SHIPPING N.V., | 06 CIV 12991(HB) |
| Plaintiff, v. | **ORDER** |
| POLAR SHIPPING S.A., et al., | |
| Defendants. | |

WHEREAS Plaintiff EXMAR SHIPPING N.V. filed an amended verified complaint on November 9, 2006 pursuant to which a process of maritime attachment and garnishment ("PMAG") was issued;

WHEREAS the PMAG was served by Plaintiff on garnishee banks AMN-AMRO Bank N.V. (the "Garnishee Bank") which has restrained electronic fund transfers in the sum of $1,604,540.14 belonging to Defendants;

WHEREAS Defendants sought a hearing under Supplemental Rule E(7) of the Supplemental Rules for Certain Admiralty or Maritime Claims And Asset Forfeiture Claims of the Federal Rules of Civil Procedure, seeking vacatur in part of the PMAG in consideration of substitute security;

900200.00001/6516720v.1

WHEREAS the Court heard the parties on February 1, 2007 and has considered all matters herein;

IT IS HEREBY ORDERED:

1. ~~Plaintiff shall, upon~~ receipt of the executed letter ~~of undertaking from~~ The Steamship Mutual Underwriting Association (Bermuda) Ltd. in the sum of $300,000 in the terms stated in Defendant's counsel's affidavit, Ex. 2 direct the Garnishee Bank and the Garnishee Bank is so directed to release $300,000 with any interest earned thereon to Defendants' counsel;

2. The Garnishee Bank shall transfer the balance of $1,304,540.14, which has been restrained pursuant to the Process of Maritime Attachment and Garnishment served in the above captioned action, to the Clerk of the Court of the U.S. District Court for the Southern District of New York c/o the U.S. Treasury, ABA No. 021030004, Agency Location Code 4654, to be held in an interest bearing account until further order of the Court.

Dated: 2/1, 2007

SO ORDERED:

_____
U.S.D.J.

-2-

900200.00001/6516720v.1