```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
EXMAR SHIPPING, N.V.,                       :
                                            :
                          Plaintiff,        :
                                            :      06 Civ. 12991 (HB)
            - against -                     :
                                            :      ORDER
POLAR SHIPPING S.A., and POLAR SHIPPING     :
CO., LTD.,                                  :
                                            :
                          Defendants.       :
------------------------------------------------------------------x
```

**DOCUMENT ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 2/26/07

**Hon. HAROLD BAER, JR., District Judge:**

WHEREAS, on February 16, 2007, I ordered that this case be closed and removed from my docket; and

WHEREAS, it may remain necessary at some point for this Court to direct the transfer of funds in the Court's registry relating to this action; it is hereby

ORDERED that the Clerk of the Court re-open this case and re-assign it to my docket.

**SO ORDERED.**
February 26, 2007
New York, New York

_____
U.S.D.J.