DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

EXMAR SHIPPING, N.V.,                         06 CV 12991 (HB)

                Plaintiff,

   -  against –                          **ORDER**

POLAR SHIPPING S.A. and POLAR
SHIPPING CO., LTD.,

                Defendants.
-----------------------------------------------------------

**Hon. HAROLD BAER, JR., District Judge:**

    **WHEREAS,** the garnishee bank ABN Amro Bank N.V. is currently holding attached funds of the defendants in the sum of $300,000 pursuant to a Maritime Attachment and Garnishment; and

    **WHEREAS,** the plaintiffs and defendants have agreed upon appropriate language in a Steamship Insurance P & I Club Letter of Undertaking provided to the plaintiff in consideration for the release of $275,000 of these funds being held by the aforementioned garnishee bank; and

    **WHEREAS,** it is further agreed by the parties that the balance of $25,000 of said attached funds should be transferred into the Court's Registry for the Southern District Court of New York;

    **IT IS HEREBY ORDERED:**

1.    that the garnishee bank ABN Amro Bank N.V. will transfer $25,000 of $300,000 in attached funds to the Clerk of the Court of the U.S. District Court for the

NYDOCS1/278971.1

Southern District of New York c/o The U.S. Treasury, ABA No. 021030004, agency location code 4654; and

2.  that the garnishee bank ABN Amro Bank N.V. will transfer balance of the attached funds in the sum of $275,000 to the defendants Polar Shipping S.A. and Polar Shipping Co. Ltd. account, as follows:

> The Iyo Bank, Ltd., Imabari Branch
> 2-1, Tokiwa-cho 4-chome,
> Imabari City, Ehime, Japan
> SWIFT Code: IYOBJPJT
> A/C No: 8103270
> for Polar Shipping Co. Ltd.

[Handwritten note: The case will be placed on suspense & unless I hear from you why it should continue in that status it will be dismissed on June 30, '07. Anything also?]

DATE: New York, New York
~~February 28, 2007~~

SO ORDERED:

_____ 3/5/07
U.S.D.J.

NYDOCS1/278971.1                                  2