ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------

EXMAR SHIPPING, N.V.,                                06 CV 12991 (HB)

                              Plaintiff,

                                                     **ORDER**

-        against –

POLAR SHIPPING S.A. and POLAR
SHIPPING CO., LTD.,

                              Defendants.
------------------------------------------------

**Hon. HAROLD BAER, JR., District Judge:**

   **WHEREAS,** pursuant to my March 5, 2007 Order, $25,000 of attached funds
were transferred into the Court's Registry for the Southern District Court of New York;
and

   **WHEREAS,** the plaintiffs and defendants wish that these funds be held by the
Court's Registry for the Southern District of New York in an interest-bearing account
until further Order of this Court;

   **IT IS HEREBY ORDERED:**

   1. that the $25,000 currently held by the Clerk of the Court of the United States
District Court for the Southern District of New York c/o The U.S. Treasury, ABA No.
021030004, Agency Location 4654 be transferred into an interest-bearing account and
kept in the Court's Registry until further Order of this Court.

DATE:        New York, New York
             March 22, 2007

SO ORDERED:

_____
U.S.D.J.

NYDOCS1/280258.1