

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.^
THOMAS M. RUSSO
THOMAS M. CANEVARI*
MICHAEL FERNANDEZ^
JOHN F. KARPOUSIS*^
MICHAEL E. UNGER*ǀ
WILLIAM J. PALLAS*
GINA M. VENEZIA*^
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*ǀ
DANIEL J. FITZGERALD*^
MICHAEL C. ELLIOTT*

NEW JERSEY OFFICE
550 BERGEN AVENUE
JERSEY CITY, N J 07306
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377

*ALSO ADMITTED IN NEW JERSEY
ǀALSO ADMITTED IN CONNECTICUT
^ALSO ADMITTED IN WASHINGTON, D.C.
*ALSO ADMITTED IN LOUISIANA

RECEIVED
AUG 01 2007
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 9
DATE FILED: 8/14/07

August 1, 2007

Our ref: 527-06/ROSS

PAGES: 2

**VIA FAX NO: 212 805 7901**
The Honorable Harold Baer, Jr.
Daniel Patrick Moynihan
United States Courthouse
U.S. District Court Southern District of N.Y.
500 Pearl Street – Room 2230
New York, New York 10007

RE: Exmar Shipping N.V. v. Polar Shipping S.A. and Polar Shipping Co. Ltd.
06 CV 12991 (HB)

Dear Judge Baer:

We represent the Plaintiff Exmar Shipping N.V. in the captioned litigation. This case involves a Rule B Maritime Attachment and is currently on the Court's suspense calendar.

This letter is to provide the Court with a brief status report. Since our March 22, 2007 fax report, we have learned that the underlying claims are proceeding in arbitration in London. We have been advised by our London Solicitor that the claims have been presented to the Panel for consideration.

Under the circumstances, we respectfully ask that the Court continue to maintain the captioned litigation on the suspense calendar and allow the attached funds to be

NYDOCS1/287864.1

maintained by the Court's Registry in an interest-bearing account. We will keep your Honor posted as the arbitration progresses.

                                                Respectfully yours,
                                                FREEHILL HOGAN & MAHAR, LLP

                                                James L. Ross

ROSS:lu

cc:   Blank Rome, LLP (w/o enc.)
      Attorneys for Defendants
      405 Lexington Avenue
      New York, New York 10174
      Attention: Jeremy J. O. Harwood, Esq.
      **Fax: 212 885-5001**

[Handwritten annotation: "This is not going to remain on my calendar forever — I will extend to Dec 31/07 and unless there is a fuller understanding of the problem(s) or a resolution prior to that date the matter will be dismissed."]

SO ORDERED:

[Signature]
Harold Baer, Jr., U.S.D.J.
Date: 8/14/07

Endorsement:

This is not going to remain on my calendar forever. I will extend to December 31, 2007 and unless there is a fuller understanding of the problem(s) or a resolution prior to that date the matter will be dismissed.