BLANK ROME, LLP
Attorneys for Defendants
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXMAR SHIPPING N.V.,<br><br>                    Plaintiff,<br><br>     v.<br><br>POLAR SHIPPING S.A., *et al.*,<br><br>                    Defendants. | 06 CIV 12991(HB)<br><br>**F.R. CIV. P. RULE 7.1<br>STATEMENT** |

Pursuant to F. R. Civ. P. Rule 7.1 and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendants certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of that party, securities or other interests in which are publicly held.

Dated: New York, NY
       February 25, 2008

                                          Respectfully submitted,
                                          BLANK ROME, LLP
                                          Attorneys for Defendants

                                          By _____
                                          Jeremy J.O. Harwood (JH 9012)
                                          405 Lexington Avenue
                                          New York, NY 10174
                                          Tel.: (212) 885-5000

294478.1
129071.00601/6612045v.1