**BLANK ROME** LLP
COUNSELORS AT LAW

Phone:  (212) 885-5149
Fax:    (917) 332-3720
Email:  JHarwood@BlankRome.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08

March 20, 2008

**BY FAX - 212-805-7901**

The Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2230
New York, NY 10007

       Re:    Exmar Shipping N.V. v. Polar Shipping S.A. and Polar Shipping Co., Ltd.
              06 CV 12991 (HB)
              Our Ref. No.: 129071-00601

Dear Judge Baer:

      Because of the Easter holidays Plaintiff has consented to Defendants serving their reply papers on March 31, 2008.

                                     Respectfully submitted,

                                     Jeremy J.O. Harwood

JJH:rk
cc:    James L. Ross, Esq.
        Freehill Hogan & Mahar, LLP

*[Handwritten note from the judge, partially legible:]* Nice of you — I thought I had a call in this morning — but it's on our agreements — w me / Harold Baer, Jr., U.S.D.J.  3/31/08

The Chrysler Building  405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com

129071.00601/6625709v.1

Delaware • Florida • New Jersey • New York • Ohio • Pennsylvania • Washington, DC • Hong Kong

Endorsement:

    Nice of you - I thought I had a roll in granting adjournments - but its fine with me.