Case 1:06-cv-12991-HB   Document 35   Filed 04/02/2008   Page 1 of 2

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08

BLANK ROME LLP
COUNSELORS AT LAW

RECEIVED
APR 02 2008
DANIEL BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

Phone: (212) 885-5149
Fax: (917) 332-3720
Email: JHarwood@BlankRome.com

April 2, 2008

<u>BY FAX - 212-805-7901</u>

The Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2230
New York, NY 10007

      Re: Exmar Shipping N.V. v. Polar Shipping S.A. and Polar Shipping Co., Ltd.
           06 CV 12991 (HB)
           <u>Our Ref. No.: 129071-00601</u>

Dear Judge Baer:

    We are attorneys for the Rule B Defendants who filed a Motion on February 25, 2008 seeking to vacate the Plaintiff's Rule B attachment and have the litigation dismissed.

    With the Court's consent we agreed to an extension of time for Plaintiff to submit its opposition papers, which put us into the Easter holidays for reply papers. The parties agreed for those reply papers to be due March 31, which the Court approved, noting the requirement for its initial approval, we apologize for the presumption.

    The underlying issue is governed by English law so that our reply must be based on English law. Our English co-counsel were unable to provide us with a rebuttal opinion within the short extension because of the holidays and pressure of work and we and they respectfully request an extension until Monday, April 7, 2008 to file our reply. Plaintiff's counsel is "seeking instructions" from their client on whether or not to consent.

Respectfully submitted,

Jeremy J.O. Harwood

JJH:rk

*[Handwritten: April 7 is agreeable with me & I assume your adversary as well. SO ORDERED. Harold Baer, Jr., U.S.D.J. Date: 4/2/08]*

129071.00601/6625709v.1

The Chrysler Building  405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com

Delaware • Florida • New Jersey • New York • Ohio • Pennsylvania • Washington, DC • Hong Kong

BLANK ROME
COUNSELORS AT LAW

April 1, 2008
Page 2

cc: James L. Ross, Esq.
    Freehill Hogan & Mahar, LLP

129071.00601/6625709v.1